**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

JS - 6

| | |
|---|---|
| Nautilus Insurance Company, | ) |
| Plaintiff, | ) |
| vs. | ) |
| 6400 Corporation, Inc. and LBJ Bishop Enterprises, Inc. | ) Case No: 2:12-cv-06055-R |
| Defendants. | ) |
| | ) Judge: Honorable Manuel L. Real |
| 6400 Corporation, Inc., | ) |
| Cross-Plaintiff, | ) |
| vs. | ) |
| LBJ Bishop Enterprises, Inc. | ) |
| Cross-Defendant. | ) |

**JUDGMENT**

On March 4, 2013, the Court held a hearing in this matter to further consider 6400 Corporation's Motion for Summary Judgment filed on its cross-claim on Breach of Lease. After consideration of the moving, opposition and reply papers, and after consideration of the argument of counsel, the Court hereby ORDERS, DECREES AND ADJUDGES as follows:

1. 6400 Corporation's supplemental briefing in support of its motion for summary judgment fails to demonstrate the absence of a genuine dispute of material fact with respect to its claims for breach of the lease against Bishop. Accordingly, 6400 Corporation's cross-motion for summary judgment is DENIED.

2. The Court finds that with the resolution of the underlying interpleader action, the issue of breach of lease can be litigate by the parties in the on-going state court action. Accordingly, the Court *sua sponte* dismisses the remainder of this Interpleader Action for the lack of subject matter jurisdiction pursuant to Fed. R. Civ. Proc. 12(b)(1). This case is now closed.

SO ORDERED.

Dated: March 8, 2013  _____

U.S. District Judge Manuel L. Real